IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| SHAWN DEWAYNE PARKS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:20CV898 |
| | ) | |
| KATY POOLE and | ) | |
| TODD E. ISHEE, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment, (Doc. 21), is **GRANTED** and Plaintiff's complaints (Docs. 2, 12), are **DISMISSED WITH PREJUDICE.**

This the 30th day of September, 2022.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　United States District Judge